THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PACCAR INC., a Washington corporation,

       Plaintiff,

 v.

MALIBU INTERNATIONAL LIMITED, a California corporation,

       Defendant.

No. 2:09-cv-00477-RAJ

**DECLARATION OF KENNETH R. DAVIS II IN SUPPORT OF PLAINTIFF'S MOTION FOR ENTRY OF JUDGMENT AND PERMANENT INJUNCTION**

The undersigned makes the following Declaration under penalty of perjury as permitted by RCW 9A.72.085:

1. I am one of the attorneys representing Plaintiff PACCAR Inc. ("Plaintiff" or "PACCAR") in the above-entitled matter and make this declaration upon my personal knowledge and beliefs.

2. PACCAR initiated a lawsuit against defendant Malibu International Limited ("Defendant") on April 8, 2009. *See* Complaint (doc. no. 1). Defendant was served with the Summons and Complaint on August 2, 2009 via personal service upon Defendant's President, Bernadette Allen, and via U.S. Mail to Ms. Allen on August 5, 2009. *See* Proof of Service (doc. no. 3). Service of the Summons and Complaint upon Defendant was perfected via service upon the California Secretary of State on October 19, 2009. *See* Proof of Service (doc. no. 8).

DECLARATION OF KENNETH R. DAVIS II
(No. 2:09-cv-00477-RAJ) - 1

709015.0001/826202.1

**LANE POWELL** PC
601 SW SECOND AVENUE, SUITE 2100
PORTLAND, OREGON 97204-3158
503.778.2100 FAX: 503.778.2200

3. This Court issued an Order of Default for failure to appear against Defendant on December 23, 2009 (doc. no. 11).

4. Plaintiff is entitled to the recovery of the attorneys' fees, costs, and expenses incurred in enforcing its trademark and trade dress rights.

5. Attached as Exhibit A are true and accurate copies of Lane Powell PC's invoices for this matter evidencing the attorneys' fees and costs expended on behalf of Plaintiff. In total, the amount of fees incurred by Plaintiff are $10,995.50, and the total costs incurred are $1,027.30, for a total of $12,022.80.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 26th day of January, 2010, at Portland, Oregon.

      /s/ Kenneth R. Davis II
    Kenneth R. Davis II

DECLARATION OF KENNETH R. DAVIS II
(No. 2:09-cv-00477-RAJ) - 2

709015.0001/826202.1

**LANE POWELL PC**
601 SW SECOND AVENUE, SUITE 2100
PORTLAND, OREGON 97204-3158
503.778.2100 FAX: 503.778.2200



**LANE POWELL**
ATTORNEYS & COUNSELORS

<u>*Wire Transfer Information:*</u>
*Wells Fargo Bank*
*ABA No. 121000248*
*Account No. 4159599521*
*Swift Code WFBIUS6S*
<u>*Visa and Mastercard*</u>
<u>*Accepted*</u>:
*Please call (206) 223-6288*

<u>*Remit Payments To*</u>:
*1420 Fifth Ave*
*Ste 4100*
*Seattle, WA*
*98101-2338*
*Attn Cash Receipts*
*Fax: (206) 223-7107*

*Identification No. 20-2071651*

PACCAR Inc
777 106th Avenue NE
Bellevue WA 98004

May 22, 2009
Invoice No. 3453071

FOR PROFESSIONAL SERVICES RENDERED THROUGH 04/30/09

Matter: 709015.000001

Malibu International

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 02/03/2009 | K. Davis | 1.10 | Review documents sent by client and analysis re same |
| 02/11/2009 | K. Davis | 0.30 | Review issues re status; correspondence and telephone conference with Wal-Mart attorney re same |
| 02/12/2009 | K. Davis | 0.30 | Correspondence with counsel with Wal-Mart re status |
| 02/17/2009 | K. Davis | 0.40 | Correspondence with Wal-Mart counsel re status; review issues re same |
| 02/20/2009 | K. Davis | 0.20 | Correspondence with client re status |
| 02/23/2009 | K. Davis | 0.30 | Correspondence with counsel for Wal-Mart re status |
| 02/24/2009 | K. Davis | 0.40 | Numerous correspondence with counsel from Wal-Mart re status |
| 03/09/2009 | K. Davis | 0.20 | Correspondence with Wal-Mart re status |
| 03/10/2009 | K. Davis | 1.20 | Meeting with client to define trade dress issues; follow up re same and analysis of design patents |
| 03/12/2009 | K. Davis | 0.20 | Correspondence with Wal-Mart re status |
| 03/13/2009 | K. Davis | 0.30 | Correspondence with client re status |
| 03/18/2009 | K. Davis | 2.30 | Draft complaint; telephone conference with counsel for Wal-Mart re status |

EXHIBIT A
Page 1 of 8

Our File: 709015.000001                                                                  Page: 2

PACCAR Inc                                                                        May 22, 2009

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 03/19/2009 | K. Davis | 1.10 | Draft complaint |
| 03/24/2009 | K. Davis | 0.20 | Correspondence with counsel for Wal-Mart re status |
| 03/31/2009 | K. Davis | 4.30 | Revise complaint; correspondence with Wal-Mart attorney re status; correspondence with client re status |
| 04/02/2009 | K. Davis | 2.60 | Review and revise complaint; correspondence with client re same |
| 04/06/2009 | K. Davis | 0.30 | Correspondence with client re status; analyze issues re status of complaint |
| 04/07/2009 | K. Davis | 0.40 | Review complaint; correspondence with client re same; prepare for filing |
| 04/13/2009 | K. Davis | 0.30 | Begin draft of demand letter; analyze issues re same |
| 04/16/2009 | K. Davis | 1.00 | Draft demand letter |
| 04/17/2009 | K. Davis | 0.30 | Correspondence with client re status |
| 04/21/2009 | K. Davis | 0.00 | Telephone conference with client re trademark issues surrounding Twitter (time not billed as client courtesy) |
| 04/28/2009 | K. Davis | 0.20 | Correspondence with client re status |
| | TOTAL HOURS | 17.90 | |

OUR FEE                                                                          $7,160.00

COSTS ADVANCED

| 04/24/2009 | Complaint filing fee - Courts USDC, WA, 4/8/09 | 350.00 |
| | Color reproduction costs | 35.00 |
| | Reproduction costs | 10.44 |
| | Messenger and courier service | 20.15 |

TOTAL COSTS ADVANCED                                                              $ 415.59

Our File: 709015.000001                                                              Page: 3

PACCAR Inc                                                                     May 22, 2009

## RATE SUMMARY

| Attorney/Timekeeper | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| K. Davis | 17.90 | 400.00 | 7,160.00 |
| Total all Timekeepers | 17.90 | | 7,160.00 |

TOTAL THIS INVOICE                                                              $7,575.59



| Wire Transfer Information: | Remit Payments To: |
|---|---|
| Wells Fargo Bank | 1420 Fifth Ave |
| ABA No. 121000248 | Ste 4100 |
| Account No. 4159599521 | Seattle, WA |
| Swift Code WFBIUS6S | 98101-2338 |
| **Visa and Mastercard Accepted:** | Attn Cash Receipts |
| Please call (206) 223-6288 | Fax: (206) 223-7107 |

Identification No. 20-2071651

PACCAR Inc  
777 106th Avenue NE  
Bellevue WA 98004

August 7, 2009  
Invoice No. 3459180

FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/09

Matter: 709015.000001

Malibu International

| 05/04/2009 | K. Davis | 0.20 | Correspondence with client re status |
| 05/20/2009 | K. Davis | 0.20 | Correspondence with client re status |
| 07/28/2009 | K. Davis | 0.40 | Review issues re service and extension re same |
| | TOTAL HOURS | 0.80 | |

OUR FEE $320.00

COSTS ADVANCED

| Reproduction costs | 8.64 |
| Court Document Charge | 146.96 |

TOTAL COSTS ADVANCED $ 155.60

RATE SUMMARY

| Attorney/Timekeeper | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| K. Davis | 0.80 | 400.00 | 320.00 |
| Total all Timekeepers | 0.80 | | 320.00 |

EXHIBIT A  
Page 4 of 8

Our File: 709015.000001                                                                 Page: 2

PACCAR Inc                                                                         August 7, 2009


TOTAL THIS INVOICE                                                                      $475.60



| | |
|---|---|
| **Wire Transfer Information:**<br>Wells Fargo Bank<br>ABA No. 121000248<br>Account No. 4159599521<br>Swift Code WFBIUS6S<br>**Visa and Mastercard Accepted:**<br>Please call (206) 223-6288 | **Remit Payments To:**<br>1420 Fifth Ave<br>Ste 4100<br>Seattle, WA<br>98101-2338<br>Attn Cash Receipts<br>Fax: (206) 223-7107 |

Identification No. 20-2071651

PACCAR Inc
777 106th Avenue NE
Bellevue WA 98004

November 16, 2009
Invoice No. 3468424

FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/09

Matter:  709015.000001

Malibu International

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 07/30/2009 | B. Harmon | 1.10 | Obtain information re location of officers of Malibu International for purposes of serving complaint; draft motion, memo and declaration to extend |
| 08/03/2009 | P. Mehrbani | 1.10 | Review and revise motion for extension of time to effectuate service, declaration in support of same, proposed order, and memorandum in support of same |
| 08/04/2009 | K. Davis | 0.30 | Review issues re service and follow up re same |
| 08/04/2009 | P. Mehrbani | 0.50 | Revise and finalize motion for extension of time to effectuate service, declaration in support of same, proposed order, and memorandum in support of same; review messages from K. Davis and B. Harmon re potential service of same |
| 08/04/2009 | B. Harmon | 0.50 | Telephone calls and emails to Nationwide re subpoena to Malibu International; review materials from California Secretary of State re same; prepare materials for attorney review |
| 08/05/2009 | P. Mehrbani | 0.30 | Review messages from K. Davis and B. Harmon re filing notice of service of summons and complaint; intraoffice conference with B. Harmon re filing same with court |
| 08/05/2009 | B. Harmon | 0.90 | Telephone calls to Nationwide re proof of service; meet with attorney re same; revise and prepare motion, declaration and memorandum to extend for attorney review; revise declaration; telephone call |

EXHIBIT A
Page 6 of 8

| | | | |
|---|---|---|---|
| | | | to clerk re filing |
| 08/05/2009 | D. Stare | 0.50 | Review return of service information from Nationwide and e-mail to P. Mehrbani re same; telephone conference with Royal at Nationwide; conference with B. Harmon re finalizing motion for extension of time; e-mail to Royal at Nationwide with copy of complaint for mailing |
| 08/06/2009 | D. Stare | 0.20 | Telephone conference with Judge Jones' clerk, Consuelo, re late filing of the proof of service; e-mail to K. Davis re same |
| 08/07/2009 | K. Davis | 0.20 | Review issues re status of service and correspondence with client re same |
| 08/07/2009 | B. Harmon | 0.20 | Telephone call with Nationwide re proof of service; prepare same for attorney review |
| 08/14/2009 | K. Davis | 0.20 | Pleadings from court re case scheduling |
| 08/26/2009 | K. Davis | 0.40 | Correspondence with client re status; review issues for default |
| 08/26/2009 | D. Stare | 0.40 | Research substitute service on corporations and e-mail to K. Davis re same |
| 08/27/2009 | K. Davis | 0.40 | Review issues re service and telephone conference with client re same |
| 08/27/2009 | D. Stare | 1.00 | Research Washington rules for substitute service on a corporation |
| 09/21/2009 | J. Healey | 0.20 | Draft motion for alternative service of process |
| 09/22/2009 | J. Healey | 0.40 | Draft motion to allow alternative service |
| 09/24/2009 | J. Healey | 2.30 | Research federal rules of civil procedure re service on out-of-state corporation; research California law re service of corporation through secretary of state; draft motion to allow for alternative service |
| 09/28/2009 | J. Healey | 0.40 | Revise motion for order allowing service through California Secretary of State pursuant to California CCP Section 1702(a), (d) |
| 10/01/2009 | K. Davis | 0.60 | Draft motion re service |
| 10/05/2009 | K. Davis | 0.30 | Review issues re filings |
| 10/06/2009 | K. Davis | 0.50 | Review issues re service on secretary of state and order from court re same |
| 10/21/2009 | K. Davis | 0.40 | Correspondence with client re status; review orders |

Our File: 709015.000001                                                                                  Page: 3

PACCAR Inc                                                                                November 16, 2009

                                              from court

        TOTAL HOURS        13.30

OUR FEE                                                                                                  $3,515.50

COSTS ADVANCED

| Date | Description | Amount |
|---|---|---|
| 09/30/2009 | Process service - - Nationwide Process Service Inc , Malibu International Limited, care of Bernadette Allen, President, 7/23/09 | 347.59 |
| 10/06/2009 | Alternate Service of Process Fee - California Secretary of State, 10/06/09 | 50.00 |
| | Reproduction costs | 35.28 |
| | Messenger and courier service | 22.84 |
| | Long distance telephone | 0.40 |

TOTAL COSTS ADVANCED                                                                                     $ 456.11

### RATE SUMMARY

| Attorney/Timekeeper | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| K. Davis | 3.30 | 400.00 | 1,320.00 |
| J. Healey | 3.30 | 235.00 | 775.50 |
| P. Mehrbani | 1.90 | 280.00 | 532.00 |
| B. Harmon | 2.70 | 185.00 | 499.50 |
| D. Stare | 2.10 | 185.00 | 388.50 |
| Total all Timekeepers | 13.30 | | 3,515.50 |

TOTAL THIS INVOICE                                                                                       $3,971.61